AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the Western District of Texas__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. 7:26-cv-00019 | DATE FILED 1/21/2026 | U.S. DISTRICT COURT for the Western District of Texas |
|---|---|---|
| **PLAINTIFF**<br>Sandisk Technologies, Inc. and SanDisk Storage Malaysia Sdn. Bhd. | | **DEFENDANT**<br>Viasat, Inc. and Gigcasters, LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 11,757,854 | 9/12/2023 | Sandisk Technologies, Inc. and SanDisk Storage Malaysia Sdn. Bhd. |
| 2 | 12,273,330 | 4/8/2025 | Sandisk Technologies, Inc. and SanDisk Storage Malaysia Sdn. Bhd. |
| 3 | 10,447,667 | 10/15/2019 | Sandisk Technologies, Inc. and SanDisk Storage Malaysia Sdn. Bhd. |
| 4 | 9,424,400 | 8/23/2016 | Sandisk Technologies, Inc. and SanDisk Storage Malaysia Sdn. Bhd. |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**